# EXHIBIT A

## AFFIDAVIT IN SUPPORT OF COMPLAINT FOR FORFEITURE

I, Paul Shade, being duly sworn, declare and state:

1. I am a United States Postal Inspector with the United States Postal Inspection Service and have been so employed since July 2004. I am currently assigned to the Kansas City Field Office of the Postal Inspection Service and have experience enforcing federal mail and drug laws.

2. I received basic training for approximately twelve weeks from the U.S. Postal Inspection Service regarding individuals using the United States Mail to transport controlled substances and proceeds from the sale of controlled substances as well as the use of Postal Money Orders to launder the proceeds of controlled substances. I received formal training for one week in January 2009, when I attended the U.S. Postal Inspection Service Narcotics training course in Potomac, Maryland. This training involved controlled substances investigation techniques, chemical field testing, and training in the identification and detection of controlled substances and drug proceeds being transported in the United States Mail and other commercial carriers.

3. This affidavit is submitted in support of a complaint for forfeiture for the following property:

    A. a Mauser, 1939, 7mm Bolt Action Rifle, bearing serial number 3174;

    B. a Chinese, Model SKS, 7.26x39 Semi-Auto Rifle, bearing serial number 9035593;

    C. a Howa, 1500, 300 Win Mag Rifle, bearing serial number B099585; and

    D. a Smith & Wesson M&P 15-22 Rifle, bearing serial number HBZ2421

    E. a Ruger, Ar-556 5.56mm Rifle, bearing serial number 854-04735;

    F. an American Tactical, Omni Hybrid Rifle, 5.56mm Semi-Auto Pistol, bearing serial number NS187676;

    G. a CMMG, MK-4, 5.56 Caliber Rifle, serial number SWT00336;

    H. a Maverick by Mossberg, 88, 12 Gauge Shotgun, bearing serial number MB86325K;

    I. a Springfield Armory, XD, .40 Caliber Semi-Auto Pistol, bearing serial number US262561;

    J. a Ruger LC9s Semi-Auto Pistol, serial number 329-42686; and,

    K. any accompanying ammunition.

4. The information in this affidavit is known to me through personal direct knowledge, and/or through a review of official reports prepared by other law enforcement personnel. As will be demonstrated herein, I have probable cause to believe that the firearms and ammunition identified in paragraph 4 were used in or involved in violations of 18 U.S.C. § 922(g). Accordingly, the property is subject to forfeiture pursuant to 18 U.S.C. § 924(d).

5. On or about September 11, 2019, I contacted the Wichita Police Department (WPD) and informed them that a package sent through the mail had been intercepted for possibly containing illegal narcotics. A search warrant was obtained for the package that day.

6. Inside the package law enforcement found two large bricks wrapped in black electrical tape and plastic wrap. Each brick weighed approximately two and a half pounds and contained methamphetamine. The package was addressed to Andrea Gomez at XXXX E. Orchard St., Wichita, KS 67208. Research of the XXXX E. Orchard St. address showed that the residence was potentially occupied by Marcos Uges-Chavarria and his wife.

7. WPD coordinated a controlled delivery of the package, and I was tasked to deliver the package to the address listed. After the package was delivered, WPD observed an individual, arrive at the residence, retrieve the package, and return to his car. The vehicle was subsequently stopped by law enforcement as he attempted to drive away. The only occupant of the vehicle was identified as Kyle Johnson, and the package was located on the front passenger seat.

8. Johnson was arrested and taken to the police department for questioning. During the interview, he informed the officers that Uges-Chavarria had contacted him and asked him to pick up the package from his residence. He referred to Uges-Chavarria as Marcos and said he did not know his last name. He stated that Uges-Chavarria told him the package was a gift for his wife and he did not want her to open it. He denied he was receiving anything in return for picking up the package. He also denied any knowledge that the package contained methamphetamine.

9. During the interview Johnson provided his key and consented to the search of his residence at XXXX S. Millwood Avenue, Wichita, Kansas. During the search, officers found a safe in the garage that contained the following firearms:

 A. a Mauser, 1939, 7mm Bolt Action Rifle, bearing serial number 3174;

 B. a Chinese, Model SKS, 7.26x39 Semi-Auto Rifle, bearing serial number 9035593;

 C. a Howa, 1500, 300 Win Mag Rifle, bearing serial number B099585; and

 D. a Smith & Wesson M&P 15-22 Rifle, bearing serial number HBZ2421

 E. a Ruger, Ar-556 5.56mm Rifle, bearing serial number 854-04735;

 F. an American Tactical, Omni Hybrid Rifle, 5.56mm Semi-Auto Pistol, bearing serial number NS187676;

 G. a CMMG, MK-4, 5.56 Caliber Rifle, serial number SWT00336;

h

      H. a Maverick by Mossberg, 88, 12 Gauge Shotgun, bearing serial number MB86325K; and

      I. miscellaneous ammunition.

10. Upon further search of the residence, officers found a Springfield Armory XD, .40 Caliber Semi-Auto Pistol, bearing serial number US26256, on a bedside table in the master bedroom. This firearm was listed as stolen from Kay County, Oklahoma. On the opposite side of the bed, a black and purple Ruger LC9S Semi-Automatic Pistol, serial number 329-42686, was also found.

11. Inside a filing cabinet in a room near the kitchen, officers found several plastic baggies, three of which contained marijuana. A trash can next to the filing cabinet contained two vacuum sealed bags that were empty. In an office at the residence, officers also found two marijuana grinders, a marijuana pipe, digital scale, and one package of rolling papers.

12. Johnson told authorities that all the firearms belonged to Latisha Weaver, his wife/girlfriend, whom he had contacted to provide authorities the combination to the safe where some of the firearms were located. He further stated that after his previous felony conviction, his attorney in that case informed him that all the firearms now belonged to Ms. Weaver.

14. During the interview, officers observed Uges-Chavarria continue to call Johnson's cell phone attempting to recover the package of methamphetamine. A phone conversation was recorded between Johnson and Uges-Chvarria while Johnson was being interviewed. In the conversation, Uges-Chavarria instructed Johnson to bring the package to his residence on Orchard St. and leave it in the unlocked cargo area of the vehicle. Uges-Chavarria stated he would give Johnson "something better than what he was going to originally get." When asked

what Uges-Chavarria meant by that, Johnson stated that he was going to receive $100 worth of cocaine for picking up the package.

15. Johnson was first indicted on September 9, 2020, on one count of a prohibited person in possession of a firearm. A superseding information was filed on April 27, 202, listing one count against Johnson for use of a communication device to facilitate a drug offense in violation of 21 U.S.C. § 843(b). On April 28, 2021, Johnson pled guilty to Count 1 of the superseding information.

16. A search of Johnson's criminal history shows that on or about June 14, 2017, Johnson was convicted of felony possession of marijuana with intent to sell, in the District Court of Reno County, Kansas, case number 2016CR0464.

17. Based on the foregoing, I have probable cause to believe that the items identified in paragraph two, above, were used in or involved in violations of 18 U.S.C. § 922(g). Accordingly, I have probable cause to believe that the items in paragraph 3 are subject to forfeiture pursuant to 18 U.S.C. § 924(d) and the firearms are also subject to forfeiture pursuant to 21 U.S.C § 881(11).

_____
Paul Shade
United States Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to before me on this 5th day of January 2024.

_____
Notary Public

My commission expires 03/01/2027

NOTARY PUBLIC – State of Kansas
ISABELLA OROPEZA
My Appt. Exp. 03/01/27